UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

CIVIL ACTION NO. 15-13413-RGS

VICTOR GERMAN,
Petitioner

v.

YALERSI GOMEZ LOPEZ,
Respondent

ORDER TO APPEAR

November 3, 2015

STEARNS, D.J.

Pursuant to the jurisdiction conferred by the Hague Convention on the Civil Aspects of International Child Abduction, this court ORDERS Victor German, as petitioner in this matter, to appear at the United States Embassy at Avenue Republica de Colombia #57, Santo Domingo, Dominican Republic at 10:00 a.m. on Tuesday, November 10, 2015, in order to testify via teleconference at a hearing convened before this court to determine the habitual residence of minor children, Destiny German and Krystal German. Joel Fifield (809-567-7775) at the U.S. Embassy will facilitate Victor German's testimony.

SO ORDERED.

/s/ Richard D. Stearns
UNITED STATES DISTRICT JUDGE